EXHIBIT 1

## VERIFICATION

**STATE OF** _____  )
                              ) SS
**COUNTY OF** _____   )

BEFORE ME, the undersigned authority. personally came and appeared:

**Charles Gittens**

who. being duly sworn, did depose and say:

    That he is Vice President for CARIBSHIP LLC;

    That he is President for SEACOR ISLAND LINES LLC;

    That he has read the above and foregoing VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY;

    That all of the allegations of fact contained in the Complaint are true and correct to the best of his knowledge. information and belief. based on information gathered to date.

_____
Charles Gittens

    **I HEREBY CERTIFY** that on this _18_ day of <u>August</u>, 2022, before me, an officer duly authorized by the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared **Charles Gittens**, who is ( ✓ ) known to me to personally, or (  ) who has produced _____ as identification, and who has executed the foregoing instrument and acknowledged before me that he executed the same.

    **SWORN TO AND SUBSCRIBED** before me this _18th_ day of _August_, 2022.

_____
Notary Public

My Commission Expires: _9/29/2024_

ANGIE MARIE ALDRICH
MY COMMISSION # HH 047924
EXPIRES: September 29, 2024
Bonded Thru Notary Public Underwriters

Page **9** of **9**