# De Leo, Kuylenstierna & Little P.A.
## Attorneys at Law

**Charles G. De Leo**
**Jan M. Kuylenstierna**
**Ryon L. Little**

**Town Center One**
**Suite 1710**
**8950 SW 74th Court**
**Miami, Florida 33156**
**Telephone: 786-332-4909**
**Fax: 786-518-2849**
**www.dkmaritime.com**

19 August 2022

Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

      RE: IN THE MATTER OF CARIBSHIP LLC, AS OWNER AND SEACOR ISLAND LINES LLC AS OPERATOR/OWNER PRO HAC VICE OF THE CARIBBEAN EXPRESS I, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Dear Sir/Madam:

      Certain parties have or may in the future claim to have sustained damage as a result of the CARIBBEAN EXPRESS I's collision with the Motor Yacht SeaTrek on February 26, 2022, and as a result have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Florida for damages resulting from the aforementioned incident.

      In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. § 30501 *et seq.*, plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig), hereby agree to the following:

1.    Plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig), in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claim, herewith file with this Court this undertaking in the sum and amount of TWO MILLION FIVE HUNDRED TWELVE THOUSAND FOUR HUNDRED NINETY-NINE AND 00/100 ($2,512,499.00) DOLLARS, with interest thereon at six percent (6%) per annum for the benefit of claimants.

2.    Plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig) hereby undertake jointly, severally, and in solido, in the sum TWO MILLION FIVE HUNDRED TWELVE THOUSAND FOUR HUNDRED NINETY-NINE AND 00/100 ($2,512,499.00) DOLLARS, with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig) will abide by the further orders of the Court and pay into the Court Registry whenever the Court shall order, a sum equal

to the amount or value of plaintiffs in limitation interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

3.   Upon demand and upon order of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount TWO MILLION FIVE HUNDRED TWELVE THOUSAND FOUR HUNDRED NINETY-NINE AND 00/100 ($2,512,499.00) DOLLARS, with interest thereon at six percent (6%) per annum. In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

It is understood and agreed that the execution of this letter by De Leo, Kuylenstierna & Little, P.A., on behalf of the undersigned, Assuranceforeningen SKULD (Gjensidig), shall not be construed as binding upon the firm or any of its partners or employees, but is binding only upon the undersigned Assuranceforeningen SKULD (Gjensidig).

Yours very truly,

De Leo, Kuylenstierna & Little, P.A.
For and On Behalf of ASSURANCEFORENINGEN
SKULD (GJENSIDIG)

BY: _____
Charles G. De Leo
(As attorney-in-fact for the above listed purpose only, pursuant to authorization received by email from Assuranceforeningen SKULD (Gjensidig) on August 19, 2022)