UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE OF THE
M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY
_____/

**NOTICE OF FILING PROPOSED NOTICE TO CLAIMANTS**

COME NOW Petitioners CARIBSHIP LLC, as owners, and SEACOR ISLAND LINES LLC, as manager/operator, (collectively, "Petitioners"), by and through undersigned counsel and hereby provide notice of filing the following document:

1. Proposed Notice to Claimants pursuant to Court Order [DE 6].

Respectfully submitted the 24th day of August, 2022.

>*/s/ Ryon L. Little*
>Ryon L. Little
>Fla. Bar No. 26402
>Charles G. De Leo
>Fla. Bar No. 353485
>De Leo & Kuylenstierna, P.A.
>8950 SW 74th Court
>Suite 1710
>Miami, Florida 33156
>Telephone: (786) 332-4909
>Counsel for Plaintiffs