UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE OF THE
M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY
_____/

### NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that the above named Petitioners have filed a Petition, pursuant to 46 U.S.C. §30501, *et seq*., and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), for exoneration from or limitation of liability for all claims for any damages or injuries, arising out of or occurring as a result of the incident occurring on February 26, 2022, when the M/V CARIBBEAN EXPRESS I collided with the M/Y SeaTrek on the navigable waters adjacent to berth 29 at Port Everglades, Florida, all as more fully set forth in the Verified Complaint.

1. All persons having such claims must file their respective claims in writing, as provided in Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Courthouse for the Southern District of Florida, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and must serve a copy thereof on attorneys for the Petitioners on or before the **28th day of October 2022** or be defaulted.

2. If any claimant desires to contest either the right to exoneration from or the right to limitation of liability he shall file and serve on the attorneys for the Petitioners an answer to the Complaint on or before the 28th day of October 2022 unless their claim has included an answer to the Complaint, so designated, or be defaulted.

Dated this \_\_\_\_\_ day of August, 2022.

_____
Clerk of the Court
United States District Court
Southern District of Florida