UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE OF THE
M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY
_____/

**PETITIONERS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Paperless Order [DE-5] Petitioners CARIBSHIP LLC, as owners, and SEACOR ISLAND LINES LLC, as operator / owners *pro hac vice*, (collectively, "Petitioners") hereby certify that the following persons and entities have an interest in the outcome of this case:

1. John "Jack" Wilbur III, Esq. – Counsel for Claimants SeaTrek Charters, Inc. and Edward Levites

2. Fertig & Gramling, P.A. – Counsel for Claimant SeaTrek Charters, Inc. and Edward Levites

3. De Leo & Kuylenstierna, P.A. – Counsel for Petitioners

4. Charles G. De Leo, Esq. - Counsel for Petitioners

5. Timothy J. Young, Esq. – Counsel for possible claimants Dawn Holmes, CJ Brown, Warren Newman, and Chanee Holmes

6. The Young Firm - Counsel for possible claimants Dawn Holmes, CJ Brown, Warren

Newman, and Chanee Holmes

7. Edward Levites - Claimant

8. Ryon L. Little, Esq. - Counsel for Petitioners

9. Kayla Gordon – possible claimant

10. Michelle Nar – possible claimant

11. Chanee Holmes – possible claimant

12. Dawn Holmes – possible claimant

13. CJ Brown – possible claimant

14. Warren Newman – possible claimant

15. James F. Moseley, Jr., Esq., Counsel for McAllister Towing and Transportation Co., Inc.

16. Moseley Prichard Parrish Knight & Jones – Counsel for McAllister Towing and Transportation Co., Inc.

17. McAllister Towing and Transportation Co., Inc.

18. The M/V Caribbean Express I

19. The Tug Tate McAllister

20. The M/Y SeaTrek

21. SeaTrek Charters, Inc. - Claimant

22. CARIBSHIP LLC - Petitioner

23. SEACOR ISLAND LINES LLC – Petitioner

24. Assuranceforeningen SKULD (Gjensidig)

25. Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner CARIBSHIP LLC is 100% owned by SEACOR Container Lines LLC.  SEACOR Container Lines LLC is 100%

Case Number: 22-61542

owned by SEACOR Ocean Transport Inc. which is a wholly owned subsidiary of SEACOR Holdings Inc. SEACOR Holdings Inc. is a privately held company.

26. Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner SEACOR ISLAND LINES LLC is 100% owned by SIL Holdings LLC. SIL Holdings LLC is 100% owned by SEACOR Container Lines LLC. SEACOR Container Lines LLC is 100% owned by SEACOR Ocean Transport Inc. which is a wholly owned subsidiary of SEACOR Holdings Inc. SEACOR Holdings Inc. is a privately held company.

Respectfully submitted the 24th day of August, 2022.

> */s/ Ryon L. Little*
> Ryon L. Little
> Fla. Bar No. 26402
> Charles G. De Leo
> Fla. Bar No. 353485
> De Leo & Kuylenstierna, P.A.
> 8950 SW 74th Court
> Suite 1710
> Miami, Florida 33156
> Telephone: (786) 332-4909
> Counsel for Plaintiffs