UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61542-CIV-CIV-SINGHAL

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

    Petitioners,

v.

SEATREK CHARTERS, INC.,

    Claimant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Motion to Withdraw as Counsel filed by counsel for Seatrek Charters, Inc. (DE [14]). Although the motion states that "Counsel has raised these differences with Plaintiff's representatives," the Motion does not indicate that it was served upon the client as required by Local Rule 11.1(d)(3)(A). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Motion to Withdraw as Counsel filed by the firm of Fertig & Gramling and its attorney, John H. Wilbur III (DE [14]) is **DENIED WITHOUT PREJUDICE** to renew upon proof of service on Seatrek Charters, Inc.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of September 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF