UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE OF THE
M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY

  Petitioners,

v.

SEATREK CHARTERS Inc.

  Claimants.
_____/

## **RENEWED MOTION TO WITHDRAW AS COUNSEL**

Fertig & Gramling including its attorney, John H. Wilbur III, hereby files this motion to withdraw as counsel for Claimant SEATREK CHARTERS, INC. pursuant to Rule 11.1 (d)(3) of the Local rules for U.S. District Court of the Southern District of Florida and states as follows:

1. Irreconcilable differences regarding the litigation and proceeding on the client's behalf have arisen between Fertig & Gramling and Plaintiff.

2. Counsel has raised these differences with Plaintiff's representatives.

3. The relationship is irretrievably broken.

4. The current contact information for Plaintiff is:

 SeaTrek Charters Inc
 151 North Beach Rd – C 8
 Dania Beach, FL 33004
 captain@seatrekcharter.com

 And

PO Box 460506
Ft Lauderdale, Florida  33346

5. A copy of the initial motion had been served on Seatrek Charters Inc via email and this Renewed Motion is also being emailed and mailed to Seatrek Charters Inc in compliance with the Court's Order [DE 15].

6. The undersigned conferred with counsel for Defendants regarding the Motion to Withdraw who do not object.

Wherefore, Fertig & Gramling respectfully request this Court's entry of an Order allowing it to withdraw as counsel for Plaintiff and providing for such other and further relief as this Court deems appropriate.

Respectfully Submitted,

*/s John H. Wilbur III*
John H. Wilbur III (1031177)
FERTIG & GRAMLING
200 Southeast 13th Street
Fort Lauderdale, FL 3316
PH:  (954) 763-5020
FX:   (954) 763-5412
John.wilbur@fertig.com
*Attorneys for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF and email on September 23, 2021 on all counsel of record or pro se parties identified on the Service List below.

Respectfully Submitted,

/s John H. Wilbur III
JOHN H. WILBUR III (1031177)

FERTIG & GRAMLING

## SERVICE LIST

Ryon L. Little
Charles G. De Leo
De Leo & Kuylenstierna, P.A.
8950 SW 74th Court
Suite 1710
Miami, Florida 33156
rlittle@dkmaritime.com
cdeleo@dkmaritime.com
Telephone: (786) 332-4909
*Counsel for Plaintiffs*
*Via CM/ECF*

SeaTrek Charters Inc
151 North Beach Rd – C 8
Dania Beach, FL 33004
captain@seatrekcharter.com
*Via email and mail*

     And

PO Box 460506
Ft Lauderdale, Florida  33346
*Via mail*