UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61542-CIV-SINGHAL

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS I PETITIONING
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

       Petitioners,

v.

SEATREK CHARTERS, INC.,

       Claimant.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon the Renewed Motion for Leave to Withdraw as Counsel for Claimant Seatrek Charters Inc. (DE [16]) filed by the law firm of Fertig & Gramling and John H. Wilbur III, Esq. (collectively, "Wilbur"). Wilbur asserts that irreconcilable differences have developed with Claimant Seatrek Charters Inc., and that Wilbur is no longer able to represent Claimant. Counsel for Petitioner does not object to the motion.

The Court notes that Seatrek Charters, Inc., is an artificial entity and is not permitted to appear *pro se*. It must be represented by licensed counsel. *See e.g., Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the entity is its president and major stockholder. *Id.* Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Renewed Motion to Withdraw as Counsel for Claimant (DE [16]) is **GRANTED.**

2. Within five (5) days of the entry of this Order, withdrawing counsel shall send to Claimant's last known address(es) a copy of this Order and file a notice with the Court certifying same.

3. The law firm of Fertig & Gramling and John H. Wilbur III, Esq., shall be relieved of all further responsibilities related to Claimant Seatrek Charters Inc. in these proceedings, except as described in paragraph 2, above.

4. Claimant Seatrek Charter Inc. shall retain counsel and new counsel shall file a Notice of Appearance by **October 14, 2022**.

5. Failure of Claimant to comply with this Order may result in an order striking Claimant's pleadings without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF