UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS I
PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

Petitioners.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND MEDIATION DATE, TIME AND PLACE

PLEASE TAKE NOTICE that pursuant to this Court's Scheduling Order [DE-26] and the

Local Rule 16.2 the Petitioners CARIBSHIP LLC, as owners, and SEACOR ISLAND LINES

LLC, as manager/operator, (collectively, "Petitioners"), and Claimants DAWN HOLMES,

CHANEE HOLMES, CHANICE HOLMES, CORNELL HOLMES, KAYLA GORDEN, AND

WARREN NEWMAN (hereinafter "PASSENGER CLAIMANTS") and Claimant SEATREK

CHARTERS, INC., have agreed to mediate this case on **June 27, 2023 at 10:00 am.  The Parties**

**plan to utilize video-conference technology for the mediation with the below mediator**:

Robert S. Glenn, Jr.
24 Drayton Street, Suite 1000
Savannah, Georgia 31401
Office: 912.443.4050
bglenn@glenndisputeresolution.com

A proposed order is submitted in compliance with this Court's Scheduling Order [DE-26].

Respectfully submitted the 5th day of December, 2022.


*/s/ Ryon L. Little*

Page **1** of **3**

se

Ryon L. Little
Fla. Bar No. 26402
Charles G. De Leo
Fla. Bar No. 353485
De Leo & Kuylenstierna, P.A.
8950 SW 74th Court
Suite 1710
Miami, Florida 33156
Telephone: (786) 332-4909
Counsel for Plaintiffs/Petitioners

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Ryon L. Little*

Ryon L. Little
Fla. Bar No. 26402

## SERVICE LIST

| | |
|---|---|
| Domingo C. Rodriguez, Esq.<br>(Fla. Bar No. 394645)<br>domingo@rlomiami.com<br>pleadings@rlomiami.com<br>nicole@rlomiami.com<br>torey@rlomiami.com<br>Rodriguez Law Office, LLC<br>95 Merrick Way, Suite 720<br>Miami, Florida 33134<br>T 305-774-1477 ~ F 305-774-1075<br>Counsel for Passenger Claimants<br><br>Raul C. De La Heria, Esq.<br>(Fla. Bar No. 0050474)<br>e-mail: raul@delaheria.com<br>Raul De La Heria & Associates | Ryon L. Little<br>Fla. Bar No. 26402<br>Charles G. De Leo<br>Fla. Bar No. 353485<br>Jan M. Kuylenstierna<br>Fla. Bar No. 375985<br>DE LEO, KUYLENSTIERNA & LITTLE P.A.<br>Town Center One<br>Suite 1710<br>8950 SW 74th Court<br>Miami, Florida 33156<br>Tel: 786-332-4909<br>Fax: 786-518-2849<br>e-mail: rlittle@dkmaritime.com<br>e-mail: cdeleo@dkmaritime.com |

| | |
|---|---|
| 999 Ponce de Leon Blvd., Suite 510<br>Miami, Florida 33134<br>T 305-858-2808<br>F 305-858-5540<br>Counsel for Passenger Claimants | e-mail: jkuylenstierna@dkmaritime.com<br>Counsel for Petitioners |
| Paul M. Hoffman<br>Fla. Bar No. 0279897<br>Paul M. Hoffman, P.A.<br>2881 East Oakland Park Blvd., #104<br>Fort Lauderdale, FL 33306<br>e-mail: pmh@paulmhoffmanlaw.com<br>Phone: 954-707-5040<br>Counsel for SeaTrek Charters, Inc. | |
| | |