UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS I
PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

Petitioners.
_____/

## ORDER

This cause came before the Court on Petitioners' Unopposed Motion for Leave to File Third-Party Complaint. The Court, having reviewed the unopposed motion and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. Petitioners shall have up to and including **January 6, 2023** within which to file their Third-Party Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this ____ day of _____, 2022.

_____
U.S. District Judge

Copies furnished:
All counsel of record