UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542-AHS

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS I
PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

Petitioners.

_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COME NOW, Defendants MCALLISTER TOWING & TRANSPORTATION CO., INC. (hereinafter "MCALLISTER") and TUGZ COMPANY LLC d/b/a MCALLISTER TOWING OF PORT EVERGLADES (hereinafter "TUGZ") (both TUGZ and MCALLISTER herein collectively "Defendants") hereby discloses the following pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Paperless Order [DE 5]:

1. Third-Party Defendant/Cross Claimant/Counter Claimant McAllister Towing & Transportation Company, Inc. is incorporated in the State of Delaware, with a principal place of business at 17 Battery Place, Suite 1200, New York, New York, and which is wholly and privately owned.

2. Third-Party Defendant/Cross Claimant/Counter Claimant Tugz Company LLC d/b/a McAllister Towing of Port Everglades is a Delaware limited liability corporation, with a principal place of business at 2110 Eller Drive, Fort Lauderdale, Florida 33316, and which

1

    is wholly owned by McAllister Towing & Transportation Company, Inc.

3. Moseley, Prichard, Parrish, Knight & Jones (Counsel for McAllister Towing & Transportation Co. and Tugz Company LLC d/b/a McAllister Towing of Port Everglades).

4. James F. Moseley, Jr., Esq. (Counsel for McAllister Towing & Transportation Co. and Tugz Company LLC d/b/a McAllister Towing of Port Everglades)

5. Thomas C. Sullivan, Esq. (Counsel for McAllister Towing & Transportation Co. and Tugz Company LLC d/b/a McAllister Towing of Port Everglades)

6. Edward Levites (Claimant)

7. SeaTrek Charters, Inc. (Claimant/Counter Claimant/Counter Defendant/Cross Defendant)

8. Paul M. Hoffman, Esq. (Counsel for Seatrek Charters Inc.)

9. The Law Offices of Paul M. Hoffman, P.A. (Counsel for Seatrek Charters Inc.)

10. CARIBSHIP LLC (Petitioner/Counter Defendant/Counter Claimant/Third-Party Plaintiff)

11. SEACOR ISLAND LINES LLC (Petitioner/Counter Defendant/Counter Claimant/Third-Party Plaintiff)

12. Charles G. De Leo, Esq. (Counsel for Caribship LLC and Seacor Island Lines LLC)

13. Ryon L. Little, Esq. (Counsel for Caribship LLC and Seacor Island Lines LLC)

14. Damon T. Hartley, Esq. (Counsel for Caribship LLC and Seacor Island Lines LLC)

15. De Leo & Kuylenstierna, P.A. (Counsel for Caribship LLC and Seacor Island Lines LLC)

16. Kayla Gordon (Claimant/Counter Claimant/Cross Defendant)

17. Chanee Holmes (Claimant/Counter Claimant/Cross Defendant)

18. Dawn Holmes (Claimant/Counter Claimant/Cross Defendant)

19. Chanice Holmes (Claimant/Counter Claimant/Cross Defendant)

20. Cornell Holmes (Claimant/Counter Claimant/Cross Defendant)

21. Warren Newman (Claimant/Counter Claimant/Cross Defendant)

22. Domingo C. Rodriguez, Esq. (Counsel for Kayla Gordon, Dawn Holmes, Chanee Holmes, Chanice Holmes, Cornell Holmes, & Warren Newman)

23. Rodriguez Law Office, LLC (Counsel for Kayla Gordon, Dawn Holmes, Chanee Holmes, Chanice Holmes, Cornell Holmes, & Warren Newman)

24. The M/V Caribbean Express I

25. The Tug Tate McAllister

26. The M/Y SeaTrek

27. Assuranceforeningen SKULD (Gjensidig)

28. Michelle Nar (Possible Claimant)

29. CJ Brown (Possible Claimant)

Respectfully submitted,


/s/ James F. Moseley
Florida Bar No.: 699926
Thomas C. Sullivan
Florida Bar No.: 501875
MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES
501 West Bay Street
Jacksonville, FL 32202
Phone: (904) 356-1306
jmoseley@mppkj.com
tsullilvan@mppkj.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 15, 2023, on all counsel or parties of record.

Respectfully submitted,

/s/ James F. Moseley, Jr.