UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO.   22-cv-61542-AHS

IN THE MATTER OF CARIBSHIP, LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V/ CARIBBEAN EXPRESS I
PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILTY

    Petitioners.
_____/

## SEATREK CHARTERS, INC. NOTICE OF FILING

COMES NOW SEATREK CHARTERS, INC. pursuant to Fed R. Civ. P. 26 (a) (2) by and through undersigned counsel and notices all parties of the filing of his Expert Witness Disclosure.

Respectfully Submitted,

BY:   /*s/Paul M. Hoffman, P.A.*
HOFFMAN LAW FIRM
2881 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Telephone:   (954) 707-5040
Facsimile:   (954) 315-1702
Email: pmh@paulmhoffmanlaw.com
Florida Bar No. 0279897

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record on the attached service list.

1

Respectfully Submitted,

BY: */s/Paul M. Hoffman, P.A.*
HOFFMAN LAW FIRM
2881 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Telephone:   (954) 707-5040
Email: pmh@paulmhoffmanlaw.com
Florida Bar No. 279897

## SERVICE LIST

CASE NO.   22-cv-61542-AHS

| | |
|---|---|
| Paul M. Hoffman, Esq.<br>Hoffman Law Firm<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>Facsimile:  (954) 315-1702<br> pmh@paulmhoffmanlaw.com<br>*Attorney for SEATREK*<br><br>Domingo Carlos Rodriguez, Esq.<br>Rodriguez Law Office, LLC<br>95 Merrick Way, Suite 720<br>Miami, FL 33134<br>Telephone: (305) 774-1477<br>Facsimile:  (305) 774-1075<br>*Attorney for Claimants*<br>Dawn Holmes<br>Chanee Holmes<br>Chanice Holmes<br>Kayla Gorden<br>Warren Newman<br>Cornell Holmes | Charles Gullette De Leo, Esq.<br>Ryon Lyndon Little, Esq.<br>De Leo & Kuylenstierna , P.A.<br>Town Center One<br>8950 SW 74th Court, Suite 1710<br>Miami, FL 33156<br>Telephone: (786) 332-4909<br>Facsimile:  (786) 518-2849<br>cdeleo@dkmaritime.com<br>rlittle@admiral-law.com<br>*Attorneys for Petitioners*<br><br>James F. Mosely, Jr., Esq.<br>Thomas C. Sullivan, Esq.<br>Mosely, Pritchard, Parrish, Knight & Jones<br>501 W. Bay Street<br>Jacksonville, FL 32202<br>Telephone: (904) 356-1306<br>Facsimile:  (904) 354-0194<br>Email:<br>jmoselyjr@mppkj.com<br>tsullivan@mppkj.com |

,

2