UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO.   22-cv-61542-AHS

IN THE MATTER OF CARIBSHIP, LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V/ CARIBBEAN EXPRESS I
PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILTY

    Petitioners.
_____/

**SEATREK CHARTERS, INC. EXPERT WITNESS DISCLOSURE**

COMES NOW SEATREK CHARTERS, INC. pursuant to Fed R. Civ. P. 26 (a) (2) by and through undersigned counsel and discloses the following retained expert and his report which is subject to modification and supplementation based upon additional information obtained during the applicable discovery period in this matter.

1. Captain Randall Pinetti
   10121 Evergreen Way, Suite 25-209
   Everett, WA 98204

   Captain Pinetti is expected to testify about the contents of his report, including all opinions stated therein. A copy of Captain Pinetti's report has been furnished to all parties in this case by email on this date. In addition to Captain Pinetti's report, a list of Case Materials and Discovery, Depositions and Reference Materials as well as his Curriculum Vitae, Fee Schedule and Expert Witness Summary have also been similarly furnished.

                                        Respectfully Submitted,

                    BY:    /*s/Paul M. Hoffman, P.A.*
                            HOFFMAN LAW FIRM
                            2881 E. Oakland Park Blvd.
                            Fort Lauderdale, FL 33306
                            Telephone:    (954) 707-5040
                            Facsimile:    (954) 315-1702
                            Email: pmh@paulmhoffmanlaw.com
                            Florida Bar No. 0279897

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record on the attached service list.

                                              Respectfully Submitted,

BY:    */s/Paul M. Hoffman, P.A.*
            HOFFMAN LAW FIRM
            2881 E. Oakland Park Blvd.
            Fort Lauderdale, FL 33306
            Telephone:    (954) 707-5040
            Email: pmh@paulmhoffmanlaw.com
            Florida Bar No. 279897

## SERVICE LIST

CASE NO.   22-cv-61542-AHS

| | |
|---|---|
| Paul M. Hoffman, Esq.<br>Hoffman Law Firm<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>Facsimile: (954) 315-1702<br>pmh@paulmhoffmanlaw.com<br>*Attorney for SEATREK*<br><br>Domingo Carlos Rodriguez, Esq.<br>Rodriguez Law Office, LLC<br>95 Merrick Way, Suite 720<br>Miami, FL 33134<br>Telephone: (305) 774-1477<br>Facsimile: (305) 774-1075<br>*Attorney for Claimants*<br>Dawn Holmes<br>Chanee Holmes<br>Chanice Holmes<br>Kayla Gorden<br>Warren Newman<br>Cornell Holmes | Charles Gullette De Leo, Esq.<br>Ryon Lyndon Little, Esq.<br>De Leo & Kuylenstierna , P.A.<br>Town Center One<br>8950 SW 74th Court, Suite 1710<br>Miami, FL 33156<br>Telephone: (786) 332-4909<br>Facsimile: (786) 518-2849<br>cdeleo@dkmaritime.com<br>rlittle@admiral-law.com<br>*Attorneys for Petitioners*<br><br>James F. Mosely, Jr., Esq.<br>Thomas C. Sullivan, Esq.<br>Mosely, Pritchard, Parrish, Knight & Jones<br>501 W. Bay Street<br>Jacksonville, FL 32202<br>Telephone: (904) 356-1306<br>Facsimile: (904) 354-0194<br>Email:<br>jmoselyjr@mppkj.com<br>tsullivan@mppkj.com |

,

3