UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
Case Number: 22-61542

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES
LLC AS OPERATOR/OWNER PRO HAC VICE
OF THE M/V CARIBBEAN EXPRESS
I PETITIONING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

Petitioners.

_____/

## **JOINT NOTICE OF PARTIAL SETTLEMENT**

COME NOW JOINTLY the Petitioners CARIBSHIP LLC, as owners, and SEACOR ISLAND LINES LLC, as manager/operator, MCALLISTER TOWING & TRANSPORTATION CO., INC. and TUGZ COMPANY LLC d/b/a MCALLISTER TOWING OF PORT EVERGLADES and Claimants Dawn Holmes, Cornell Holmes, Jr., and Warren Newman and pursuant to Local Rule 16.4 and this Court's Order [DE-4] hereby respectfully advise this Court that the claims of Dawn Holmes, Cornell Holmes, Jr., and Warren Newman have been settled.  As previously disclosed to the Court the claims of Chanee Holmes, Chanice Holmes and Kayla Gorden were settled at the mediation conference.  Only the claims for contribution and indemnity between the remaining parties and the claims of SEATREK CHARTERS, INC. / EDWARD LEVITES are pending in this action and settlement negotiations are ongoing.

Respectfully and Jointly submitted this 29th day of September, 2023.

*/s/ Ryon L. Little*
Ryon L. Little
Fla. Bar No. 26402
De Leo, Kuylenstierna and Little, P.A.

Case Number: 22-61542

8950 SW 74th Court
Suite 1710
Miami, Florida 33156
Telephone: (786) 332-4909
Counsel for Petitioners

*/s/ Domingo C. Rodriguez*
Domingo C. Rodriguez, Esq.
(Fla. Bar No. 394645)
95 Merrick Way, Suite 720
Miami, Florida 33134
T 305-774-1477 ~ F 305-774-1075
Counsel for Passenger Claimants

*/s/ James F. Moseley, Jr.*
James F. Moseley, Jr.
Fla. Bar No. 699926
MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES
501 West Bay St.
Jacksonville, FL 32202
Phone: (904) 356-1306
jmoseley@mppkj.com
csullivan@mppkj.com
Counsel for MCALLISTER and TUGZ

Case Number: 22-61542

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Ryon L. Little*

Ryon L. Little
Fla. Bar No. 26402

## SERVICE LIST

| | |
|---|---|
| Domingo C. Rodriguez, Esq. (Fla. Bar No. 394645) domingo@rlomiami.com pleadings@rlomiami.com nicole@rlomiami.com torey@rlomiami.com Rodriguez Law Office, LLC 95 Merrick Way, Suite 720 Miami, Florida 33134 T 305-774-1477 ~ F 305-774-1075 Counsel for Passenger Claimants<br><br>Raul C. De La Heria, Esq. (Fla. Bar No. 0050474) e-mail: raul@delaheria.com Raul De La Heria & Associates 999 Ponce de Leon Blvd., Suite 510 Miami, Florida 33134 T 305-858-2808 F 305-858-5540 Counsel for Passenger Claimants | Ryon L. Little Fla. Bar No. 26402 Charles G. De Leo Fla. Bar No. 353485 Jan M. Kuylenstierna Fla. Bar No. 375985 DE LEO, KUYLENSTIERNA & LITTLE P.A. Town Center One Suite 1710 8950 SW 74th Court Miami, Florida 33156 Tel: 786-332-4909 Fax: 786-518-2849 e-mail: rlittle@dkmaritime.com e-mail: cdeleo@dkmaritime.com e-mail: jkuylenstierna@dkmaritime.com Counsel for Petitioners |
| Paul M. Hoffman Fla. Bar No. 0279897 Paul M. Hoffman, P.A. | James F. Moseley, Jr. Fla. Bar No. 699926 Thomas C. Sullivan |

| 2881 East Oakland Park Blvd., #104<br>Fort Lauderdale, FL 33306<br>e-mail: pmh@paulmhoffmanlaw.com<br>Phone: 954-707-5040<br>Counsel for SeaTrek Charters, Inc. | Fla. Bar No. 501875<br>MOSELEY, PRICHARD, PARRISH,<br>KNIGHT & JONES<br>501 West Bay St.<br>Jacksonville, FL 32202<br>Phone: (904) 356-1306<br>jmoseley@mppkj.com<br>csullivan@mppkj.com<br>Counsel for MCALLISTER TOWING &<br>TRANSPORTATION CO., INC. and TUGZ<br>COMPANY LLC d/b/a MCALLISTER<br>TOWING OF PORT EVERGLADES |