UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61542-CIV-SINGHAL/VALLE

IN THE MATTER OF CARIBSHIP LLC,
AS OWNER AND SEACOR ISLAND LINES LLC,
AS OPERATOR/OWNER PRO HAC VICE OF
THE M/V CARIBBEAN EXPRESS I PETITIONING         IN ADMIRALTY
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

    Petitioners.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Notice of Partial Settlement (DE [75]) filed by the parties reflecting that the case has settled in part and that negotiations are continuing. The Court commends and encourages the parties on their continued attempts to resolve the case. Nevertheless, the deadlines in the Court's Amended Order Setting Trial and Pre-Trial Schedule (DE [74]) remain in effect until a Joint Notice of Settlement is filed.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF